The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, and<br>CHANGPENG ZHAO, aka "CZ,"<br><br>Defendants. | NO. CR23-178 RAJ and<br>NO. CR23-179 RAJ<br><br>**GOVERNMENT'S SUPPLMENTAL MOTION REGARDING SEAL**<br><br>**(FILED UNDER SEAL)** |

The Court has previously granted motions sealing these cases, and filings in the cases, until 9:00 a.m. on the morning of the plea hearings (which were not set at the time of the initial motions to seal). The plea hearings are now set to begin at 10:00 a.m. on November 21, 2023. After further consideration the United States requests, with the consent of the Defendants, that the case remain sealed, with no entries on the public calendar or docket, until the plea hearing begins at 10:00 a.m. The United States submits that this adjustment will minimize market disruption and inaccurate speculation that could harm third parties.

Motion to Seal - 1
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of November, 2023.

| | |
|---|---|
| MARGARET A. MOESER<br>Acting Chief<br>Money Laundering and Asset Recovery<br>Section, Criminal Division<br>U.S. Department of Justice | TESSA M. GORMAN<br>Acting United States Attorney<br>Western District of Washington<br>U.S. Department of Justice |
| /s Kevin G. Mosley<br>Kevin G. Mosley<br>Elizabeth R. Carr<br>Trial Attorneys | /s Michael Dion<br>Michael Dion<br>Assistant United States Attorney |

JENNIFER KENNEDY GELLIE
Acting Chief
Counterintelligence and Export Control Section, National Security Division
U.S. Department of Justice

/s Beau D. Barnes
Beau D. Barnes
Alex Wharton
Trial Attorneys

Motion to Seal - 2
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I, Michael Dion certify that I served this filing by email on counsel for the defense on November 20, 2023.

*/s Michael Dion*
MICHAEL DION
Assistant United States Attorney

Motion to Seal - 3
*United States v. Binance*, CR23-178RAJ
*United States v. Zhao*, CR23-179JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970