The Honorable Richard A. Jones

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

BINANCE HOLDINGS LIMITED, d/b/a
BINANCE.COM, and
CHANGPENG ZHAO, aka "CZ,"

Defendants.

NO. CR23-178 RAJ and
NO. CR23-179 RAJ

[Proposed]   ORDER   GRANTING
SUPPLEMENTAL   MOTION
REGARDING SEAL

**FILED UNDER SEAL**

The United States has moved to modify the previously entered orders providing

for unsealing of these cases at 9:00 a.m. on the morning of the plea hearings.  The United

States now requests that the cases and dockets remain sealed and off the public calendar

until the hearing begins at 10:00 a.m. on November 21, 2023.

For the reasons set forth in the motion of the United States, the Court finds that

there are compelling reasons to modify the seal, that those reasons outweigh the public's

interest in immediate disclosure, and that there is no effective alternative to the

modification.  Accordingly, the Court ORDERS that the matters may be unsealed and

placed on the public docket and calendar at 10:00 a.m. on November 21, 2023 (other than

Order to seal- 1
*United States v. Zhao*/CR23-179RAJ
*United States v. Binance*/CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    matter sealed pursuant to separate sealing motions).

2

3         IT IS ORDERED

4         DATED this _____ day of November, 2023.

5

6

7                                        _____
                                         HON. RICHARD A. JONES
8

9

10   Presented by:

11

12   *s/Michael Dion*
     MICHAEL DION
13   Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to seal- 2
*United States v. Zhao*/CR23-179RAJ
*United States v. Binance*/CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970