Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-178RAJ |
| Plaintiff, | |
| v. | WAIVER OF INDICTMENT |
| BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, | |
| Defendant. | |

The Defendant, BINANCE HOLDINGS LIMITED, by and through its undersigned counsel, and through its authorized representative, pursuant to authority granted by the Defendant's Controlling Shareholder, having been advised of the nature of the charges, and having been advised of its right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure the Defendant may waive prosecution by Indictment and may be prosecuted by Information, does knowingly, and with advice of counsel, waive in open court its right to be prosecuted by Indictment and does hereby consent to prosecution by Information.

//
//

Waiver of Indictment - 1
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 21st day of November, 2023.

_____
AUTHORIZED REPRESENTATIVE
FOR BINANCE HOLDINGS LIMITED
Defendant

_____
M. KENDALL DAY
Attorney for Defendant

**FOR THE DEPARTMENT OF JUSTICE:**

| | |
|---|---|
| MARGARET A. MOESER<br>Acting Chief<br>Money Laundering and Asset Recovery<br>Section, Criminal Division<br>U.S. Department of Justice | TESSA M. GORMAN<br>Acting United States Attorney<br>Western District of Washington<br>U.S. Department of Justice |
| /s Kevin G. Mosley<br>KEVIN G. MOSLEY<br>ELIZABETH R. CARR<br>Trial Attorneys | /s Michael Dion<br>MICHAEL DION<br>Assistant United States Attorney |

JENNIFER K. GELLIE
Acting Chief
Counterintelligence and Export Control
Section, National Security Division
U.S. Department of Justice

/s Beau Barnes
BEAU BARNES
ALEX WHARTON
Trial Attorneys

Approved:

_____
HON. BRIAN A. TSUCHIDA
United States Magistrate Judge

Waiver of Indictment - 2
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970