_____ FILED   _____ ENTERED
_____ LODGED   _____ RECEIVED

**NOV 21 2023**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM,<br><br>Defendant. | NO.  CR23-178RAJ<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter pleas of guilty to the charges contained in Counts 1 through 3 of the Information in the above case, and I request and consent to the acceptance of my pleas by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

Consent To Rule 11 Plea - 1
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    I understand that if the United States Magistrate Judge orders the preparation of a

2    presentence investigation report, the assigned United States District Judge will then decide

3    whether to accept or reject my pleas of guilty and any plea agreement I may have with the

4    United States and will adjudicate guilt and impose sentence.

5

6        DATED this 21st day of November, 2023.

7

8

9        _____
         Authorized Representative

10       BINANCE HOLDINGS LIMITED
         Defendant

11

12

13       _____
         STEPHANIE BROOKER

14       M. KENDALL DAY
         POONAM KUMAR

15       Attorneys for Defendant

16

17       APPROVED:

18

19       /s Michael Dion

20       MICHAEL DION
         Assistant United States Attorney

21

22

23

24

25

26

27

Consent To Rule 11 Plea - 2
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970