## ATTACHMENT E
## **CERTIFICATION**

To: United States Department of Justice
Criminal Division, Money Laundering and Asset Recovery Section
Attention: Chief, Bank Integrity Unit

United States Department of Justice
National Security Division, Counterintelligence & Export Control Section
Attention: Chief Counsel and Deputy Chief Counsel for Corporate Enforcement

United States Attorney's Office
Western District of Washington
Attention: Chief, Cybercrimes Unit

Re: Plea Agreement Disclosure Certification

The undersigned certify, pursuant to Paragraph 26 of the Plea Agreement ("Agreement") filed on November 20, 2023 in the United States District Court for the Western District of Washington, by and between the United States Department of Justice, Criminal Division, Money Laundering and Asset Recovery Section ("MLARS"); National Security Division, Counterintelligence and Export Control Section ("CES"); and the United States Attorney's Office for the Western District of Washington ("the USAO-WDWA") (collectively the "Offices") and Binance Holdings Limited (the "Company"), that undersigned are aware of the Company's disclosure obligations under Paragraph 26 of the Agreement and that, to the best of the undersigneds' knowledge and belief (including belief based on representations from others), the Company has complied with its disclosure obligations, as described in Paragraph 26 of the Agreement, which includes disclosure of evidence or allegations that may constitute a violation of federal money laundering laws, federal laws governing money transmitting businesses, the Bank Secrecy Act or other anti-money laundering laws, or U.S. sanctions laws ("Disclosable Information"). This obligation to disclose information extends to any and all Disclosable

Information that has been identified through the Company's anti-money laundering compliance program, sanctions compliance program, whistleblower channel, internal audit reports, due diligence procedures, investigation process, or other processes. The undersigned further acknowledge and agree that the reporting requirement contained in Paragraph 26 and the representations contained in this Certification constitute a significant and important component of the Agreement and the Offices' determination of whether the Company has satisfied its obligations under the Agreement.

The undersigned hereby certify that they are respectively the Chief Executive Officer of the Company and Chief Compliance Officer of the Company or otherwise an executive officer substantively responsible for the Company's operations and that each has been duly authorized by the Company to sign this Certification on behalf of the Company.

This Certification shall constitute a material statement and representation by the undersigned and by, on behalf of, and for the benefit of, the Company to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the Western District of Washington. This Certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the Western District of Washington.

By: _____          Dated: _____
    Chief Executive Officer
    Binance Holdings Limited


_____
Signature


By: _____          Dated: _____
    Chief Compliance Officer
    Binance Holdings Limited


_____
Signature