Magistrate Judge Brian A. Tsuchida

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-178RAJ |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |
| BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to the charges contained in Counts 1 through 3 of the Information. After examining the defendant under oath, I determined that the guilty pleas were knowingly, intelligently, and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses.

//
//
//

Report and Recommendation - 1
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties have moved to waive the presentence report, and accordingly I defer the decision to order the report to the District Court. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 21 day of November, 2023.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

**<u>NOTICE</u>**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. Binance*, CR23-178RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970