The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM,<br><br>Defendant. | NO. CR23-178-RAJ<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Karyn S. Johnson hereby appears on behalf of the United States, for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Johnson at:

KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Notice of Appearance - 1
*United States v. Binance Holdings Limited*, CR23-178-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 24th day of January, 2024.

                Respectfully submitted,

                TESSA M. GORMAN
                United States Attorney

                *s/ Karyn S. Johnson*
                KARYN S. JOHNSON
                Assistant United States Attorney
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101
                Phone: (206) 553-2462
                Fax: (206) 553-6934
                Karyn.S.Johnson@usdoj.gov

Notice of Appearance - 2
*United States v. Binance Holdings Limited*, CR23-178-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

 *s/ Chantelle Smith*
CHANTELLE SMITH
FSA Supervisory Paralegal, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2242
Fax: 206-553-6934
Chantelle.Smith2@usdoj.gov

Notice of Appearance - 3
*United States v. Binance Holdings Limited*, CR23-178-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970