The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, <br><br> Defendant. | NO. 2:23-cr-00178-RAJ <br><br> **ORDER** |

For the reasons stated in the Government's Notice of Satisfaction of Criminal Fine and Forfeiture Money Judgment (Dkt. 39), the Clerk of Court is authorized and directed to transfer $112,031,763.00 (paid by Defendant in satisfaction of the 1960 Money Judgment and deposited to this Court via FEDWIRE) to the Department of the Treasury, Treasury Forfeiture Fund. The Clerk shall thus transfer the $112,031,763.00 via ACH or IPAC, payable to Treasury Forfeiture Fund.

The $1,805,475,575.00 fine under the Judgment is to be credited $300,000,000.00, bringing the total fine to be paid to the Court to $1,505,475,575.00.

///

///

///

///

ORDER – 1
*United States v. Binance*, 2:23-cr-00178-RAJ

The government shall provide a completed ACH AO213 or IPAC AO214 and IRS W-9 form.

SO ORDERED.

DATED this 25th day of June, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2
*United States v. Binance*, 2:23-cr-00178-RAJ